320

CYRILLA WATSON, Plaintiff-Appellee, *v.* THOMAS A. WATSON, Defendant-Appellant.

(No. 74-345; )

Fifth District—April 29, 1975.

Opinion by Mr. JUSTICE G. MORAN.

Sam S. Pessin, of Belleville, for appellant.

Ralph J. Derango, Jr., of Belleville, for appellee.

WENIGE-EPPERSON, INC., Plaintiff-Appellee, *v.* JET LITE PRODUCTS, INC., Defendant-Appellant.

(No. 74-266; )

Fifth District—April 29, 1975.